UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BRINE CRUZETA-BUENO, :
                                Petitioner, :      15 Civ. 1640 (PAE)
:
            -v- :      ORDER
:
OSCAR AVILES, et al., :
                                Respondents. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       On February 14, 2020, the Second Circuit issued an order remanding this case. Dkt. 13. In light of this remand, within one week of the Circuit's issuance of a mandate, the Government is to submit a letter outlining its views as to the next steps for the case. Petitioner is to respond with his views within one week of the date of the Government's letter.

       SO ORDERED.

                                                                   *Paul A. Engelmayer*
                                                                   Paul A. Engelmayer
                                                                   United States District Judge

Dated: February 18, 2020
         New York, New York